# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
VS.

CASE/CITATION NO. CA56/6307937

Robert P. Milner II

**ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE OF BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
_____
CITY        STATE        ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

**I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.**

DATE: 6-26-18                    _____
                                 DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:** You are placed on three years summary court probation.
[X] Fine: $ 570.00 and a penalty assessment of $ 30.00 for a TOTAL AMOUNT OF: $ 600.00 within _____ days/months, or payments of $ 50.00 per month, commencing 7-1-18 and due on the first of each month until paid in full. During the term of probation you are prohibited
( ) Restitution: from entering national lands, including BLM,
( ) Community Service USFS, Park Service, w/ with fees not to exceed $ _____
    completed by _____

**PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (check one):**

[X] CENTRAL VIOLATIONS BUREAU
PO BOX 71363
PHILADELPHIA, PA 19176-1363
1-800-827-2982
  or
Pay on-line at www.cvb.uscourts.gov
and Click on "Pay On-Line"

[ ] ~~CLERK, USDC
2500 TULARE ST., RM. 1501
FRESNO, CA 93721-1322~~

[ ] ~~CLERK, USDC
501 I STREET, STE. 4-200
SACRAMENTO, CA 95814-2322~~

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 6-26-18                    _____
                                 U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                    EDCA-3